February 9, 2022

Cathy Fuller
63 Ash Stoker Lane
Horsham, PA 19044-1946

To whom it may concern,

I have a bankruptcy showing on my credit report. I asked the credit bureau to validate the information. They stated it was verified through you.

**Can you please confirm and or deny that your office reported this bankruptcy to the credit bureaus?**

I was not aware that the U.S. Courts reported this information to the credit bureaus. Please correct me if I'm wrong.

I have enclosed a self-addressed stamped envelope for your convenience. Please send your response back to the above address. Thank you in advance.


Thank you,
Cathy Fuller

FILED
FEB 11 2022