Timothy B. McGrath
Clerk of Court

# UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA
Robert N.C. Nix Building
900 MARKET STREET
Suite 400
PHILADELPHIA, PA   19107-4299

Clerk's  Office
Telephone
(215) 408-2800

Divisional Office
Suite 300 The Madison
400 Washington Street
Reading, PA  19601
(610) 320-5255

February 15, 2022

Cathy Fuller
63 Ash Stoker Lane
Horsham, PA 19044-1946

Re: 16-16817, 16-15246, 16-18411

Dear   Ms. Fuller        ,

    This is in response to your recent letter regarding your credit report.  It is not the policy of the court to report to any credit agency, nor do we intercede with the removal of questionable reporting.

If you have any questions , you may contact us at 215-408-2800.

Very truly yours,

Timothy B. McGrath
Clerk of Court

BY:_____Randi J._____

            Deputy Clerk